IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: **Karen A. Young** Civil Case # 1:16-cv-2305 -RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Karen A. Young

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   OR

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   OR

6. Plaintiff's/Deceased Party's current state of residence:

   OR

7. District Court and Division in which venue would be proper absent direct filing:

    USDC Oregon-Portland Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical, LLC

    ☒ William Cook Europe APS

9. Basis of Jurisdiction
    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 6 THROUGH 28; Venue: paragraph 27, SMJ: Paragraph 23, Personal Jurisdiction: Paragraphs 24-26.

    Other allegations of jurisdiction and venue:

    Plaintiff alleges symptomatic perforation with damages exceeding $75,000. Upon plaintiff's information and belief, Plaintiff bases his jurisdictional allegations on the following injuries: All 4 primary struts perforate the IVC wall with impingement of posterior strut on underlying vertebral body/disc and slight impingement on overlying bowel by anterior strut.

    Plaintiff's medical records document permanent and continuous injuries and pain, i.e., ABDOMINAL symptoms including abdominal & pelvic pain [which Plaintiff will also testify to]. Plaintiff has suffered pain and suffering, disability and impairment along with the emotional trauma, mental anguish from IVCF prongs that have perforated her IVCF with impingement on her vertebral disc & bowel, that will continue into the future that will impede her ability to live a normal life.

    Plaintiff will also require continued radiographic monitoring of her IVCF to asses its integrity & damages to other organs.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    XX☐   Günther Tulip Vena Cava Filter

    ☐   Cook Celect Vena Cava Filter

☐ Günther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of implantation as to each product:

1.21.2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Providence St. Vincent, Portland, OR

13. Implanting Physician(s):

John Tyler Thiesing, MD, Radiologist, Portland, OR

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability - Failure to Warn

☑ Count II:     Strict Products Liability - Design Defect

☑ Count III:    Negligence

☑ Count IV:     Negligence *Per Se*

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable Oregon Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ Count XI:     Punitive Damages

XX Other:       See Below (please state the facts supporting this Count in the space, immediately below)

Plaintiff alleges symptomatic perforation with damages exceeding $75,000. Upon plaintiff's information and belief, Plaintiff bases her allegations on the following injuries: All 4 primary struts perforate the IVC wall with impingement of posterior strut on

3

underlying vertebral body/disc and slight impingement on overlying bowel by anterior strut.

Plaintiff's medical records document permanent and continuous injuries and pain, i.e., ABDOMINAL symptoms including abdominal & pelvic pain. Plaintiff has suffered pain and suffering, disability and impairment along with the emotional trauma, mental anguish from IVCF prongs that have perforated her IVCF with impingement on her vertebral disc & bowel, that will continue into the future that will impede her ability to live a normal life.

Plaintiff will also require continued radiographic monitoring of her IVCF to asses its integrity & damages to other organs.

15. Attorney for Plaintiff:

   Elizabeth Dudley

16. Address and bar information for Attorney for Plaintiff:

   Elizabeth Dudley, THE DUDLEY LAW FIRM, LLC, 23438 SW Pilot Point Rd, Douglass, Ks  67039; KS 21582

Date: July 14, 2024

>                              Respectfully submitted,
>
>                              By: s/Elizabeth Dudley
>                              Elizabeth Dudley (KS Bar No. 21582)
>                                (admitted *pro hac vice*)
>
>                              THE DUDLEY LAW FIRM, LLC,
>                              23438 SW Pilot Point Rd,
>                               Douglass, Ks  67039;
>                              316-746-3969
>                              316-746-3922 (fax)
>                              Liz@lizdudleylaw.com
>                              ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                              / s/Elizabeth Dudley