> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Oct 29, 2025
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Young, Karen A. – 1:16-cv-02305

## STIPULATION OF DISMISSAL

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 29, 2025

| | |
|---|---|
| */s/ Elizabeth Dudley*_____<br>Elizabeth "Liz" Dudley, Esq.<br>The Dudley Law Firm, LLC<br>23438 SW Pilot Point Rd., Suite A<br>Douglass, Kansas 67039<br>Telephone: (316) 746-3969<br>Facsimile: (316) 854-5638<br>Email: liz@lizdudleylaw.com<br><br>***Attorneys for Plaintiff*** | */s/ Andrea R. Pierson*_____<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com<br><br>***Attorneys for Defendants*** |